UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:23-cv-00507

**Robert Duane Hafner,**
*Plaintiff,*

v.

**Unknown DeLaura et al.,**
*Defendants.*

# ORDER

Plaintiff Robert Duane Hafner, a prisoner proceeding pro se and *in forma pauperis*, filed this civil suit pursuant to 42 U.S.C. § 1983. The case was transferred to this court for proper venue and referred to United States Magistrate Judge John D. Love pursuant to 28 U.S.C. § 636(b).

On May 20, 2024, the magistrate judge issued a report recommending that this case be dismissed without prejudice due to plaintiff's failure to comply with the court's order to file an amended complaint. Doc. 20. A copy of the report was mailed to plaintiff, who did not file written objections.

When no party objects to the magistrate judge's report and recommendation, the court reviews it only for clear error. *See Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1420 (5th Cir. 1996). Having reviewed the magistrate judge's report, and being satisfied that it contains no clear error, the court accepts its findings and recommendation. This case is dismissed without prejudice.

*So ordered by the court on July 16, 2024.*

J. CAMPBELL BARKER
United States District Judge